Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sara Khosroabadi, on behalf of herself and all others similarly situated,

PLAINTIFF

vs

DIRECTV Group, Inc., and DIRECTV Holdings LLC,,

DEFENDANT

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1018 BEN JMA**

FILED
JUN 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert L. Hyde
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN - 6 2008

W. Samuel Hamrick, Jr.
CLERK
K. HAMBERLY

_____   DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)