1 | Robert L. Hyde
State Bar No.: 227183
2 | Joshua B. Swigart
State Bar No.: 225557
3 | **HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
4 | San Diego, CA 92108
Telephone: (619) 233-7770
5 | Facsimile:  (619) 330-4657

6

7 | Attorneys for Plaintiff
Sara Khosroabadi

8

## UNITED STATES DISTRICT COURT,

## SOUTHERN DISTRICT OF CALIFORNIA

| SARA KHOSROABADI, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTV Group, INC., and DIRECTV Holdings LLC., <br><br> Defendant. | Case No.: 08 CV 1018 BEN JMA <br><br> **PROOF OF SERVICE** |
|---|---|

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No.      : 1105743-01
Atty. File No.: 08CV1018BENJMA

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : SARA KHOSROABADI, et. al. | Case No.: 08CV1018BENJMA |
| DEFENDANT | : DIRECTV GROUP, INC., et. al. | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3.  a. Party served    :    DIRECTV GROUP, INC.
                            AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
    b. Person served  :    BECKY DEGEORGE, AUTHORIZED AGENT
                            (AUTHORIZED AGENT FOR SERVICE)

4.  Address where the party was served 2730 GATEWAY OAKS DR.    STE. 100
                                        SACRAMENTO, CA  95833    (Business)

5.  I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on June 18, 2008   (2) at: 11:00 AM

6.  The "Notice to the person served" (on the summons) was completed as follows:
    c. on behalf of:    DIRECTV GROUP, INC.
                        AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING SERVICE
    under [xx]  CCP 416.10  (corporation)

7.  **Person who served papers**
    a. JOHN D. HOUSTON
    b. KNOX ATTORNEY SERVICE, INC.
       2250 Fourth Avenue
       San Diego, California  92101
    c. 619-233-9700

    d. Fee for service: $85.50
    e. I am:
       (3) a registered California process server
           (i)   an employee
           (ii)  Registration No. 152
           (iii) County:  San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 24, 2008

Signature: _____
           JOHN D. HOUSTON

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**