Melissa D. Ingalls (SBN 174861)
Becca Wahlquist (SBN 215948)
Craig C. Hoffman (SBN 234232)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500
Email:  mingalls@kirkland.com
        bwahlquist@kirkland.com
        choffman@kirkland.com

Attorneys for Defendants DIRECTV Group, Inc., and DIRECTV Holdings LLC

Robert L. Hyde (SBN 227183)
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
Email: bob@westcoastlitigation.com

Douglas J. Campion (SBN 75381)
LAW OFFICES OF DOUGLAS J. CAMPION
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034
Email:  doug@djcampion.com

Attorneys for Plaintiff Sara Khosroabadi

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Khosroabadi, on behalf of herself and all others similarly situated<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV Group, Inc., and DIRECTV Holdings LLC,<br><br>Defendants. | Case No. 08-CV-1018 BEN (JMA)<br><br>CLASS ACTION<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR MOVE TO DISMISS THE COMPLAINT**<br><br>Judge:  Hon. Roger T. Benitez<br>Courtroom: 3<br>Date:<br>Time: |

1  Plaintiff Sara Khosroabadi, on behalf of herself and all others similarly situated, and
2 Defendants DIRECTV Group, Inc. and DIRECTV Holdings LLC, file this Joint Motion to Extend
3 Time for Defendants to Answer or Move to Dismiss the Complaint.

4  There is good cause for an extension of time to respond.  The conduct alleged in the
5 Complaint to be wrongful includes alleged telemarketing of prospective customers of DIRECTV-
6 branded satellite programming.  Counsel for Defendants have represented to Plaintiff that the
7 named Defendants are indirect parent companies of DIRECTV, Inc., and that DIRECTV, Inc. is
8 the entity that has contacts with prospective customers of DIRECTV-branded satellite
9 programming.  Based upon those representations, and subject to confirming those representations
10 in discovery, Plaintiff will file an Amended Complaint naming DIRECTV, Inc. as a defendant in
11 the First Amended Complaint.   Plaintiff has agreed she will amend the complaint on or before
12 July 8, 2008.

13  With the First Amended Complaint, the currently-named Defendants will not need to
14 respond and the time to respond will begin once more.  Thus, the extension sought by this Joint
15 Motion will save the Parties and the Court from unnecessary expense of time and resources.

16  WHEREFORE, the Parties request that the Court enter an Order Granting the Joint Motion
17 to Extend Time for Defendants to Answer or Move to Dismiss the Complaint, and to the extent
18 that Defendants DIRECTV Group, Inc. and DIRECTV Holdings LLC are still named in the
19 Amended Complaint as of July 8, 2008, grant these Defendants a 20-day extension to respond.

20
21  **AGREED TO and SUBMITTED:**
22 Dated:  July 7, 2008   HYDE & SWIGART:
23
24   By:  s/Joshua Swigart
          Attorney for Plaintiff
25          E-mail:  josh@westcoastlitigation.com
26
27
28

-1-   Case No. 08-CV-1018 BEN (JMA)

1   Dated:  July 7, 2008                              KIRKLAND & ELLIS LLP

3                                                     By:  s/Becca Wahlquist
                                                          Attorney for Defendants
4                                                         E-mail: bwahlquist@kirkland.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR MOVE TO DISMISS THE COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record:

> Robert Lyman Hyde
> bob@westcoastlitigation.com
> josh@westcoastlitigation.com

I further certify that I have mailed by United States Postal Service the document to the non-CM/ECF participant:

> Douglas J. Campion (SBN 75381)
> LAW OFFICES OF DOUGLAS J. CAMPION
> 411 Camino Del Rio South, Suite 301
> San Diego, CA 92108
> Email: doug@djcampion.com

Executed July 7, 2008, at Los Angeles, California.

> s/Becca Wahlquist
> Attorney for Defendants
> E-mail: bwahlquist@kirkland.com