Melissa D. Ingalls (SBN 174861)
Becca Wahlquist (SBN 215948)
Craig C. Hoffman (SBN 234232)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
Email:  mingalls@kirkland.com
        bwahlquist@kirkland.com
        choffman@kirkland.com

Attorneys for Defendants DIRECTV Group, Inc.,
and DIRECTV Holdings LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Khosroabadi, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV Group, Inc., and DIRECTV Holdings LLC,<br><br>Defendants | Case No. 08-CV-1018 BEN (JMA)<br><br>PUTATIVE CLASS ACTION<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 3<br>Date:<br>Time: |

1
2
3
4

    Pursuant to Local Civil Rule 40.2 the undersigned counsel of record for Defendants DIRECTV Group, Inc., and DIRECTV Holdings LLC certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter of the controversy or in a party to the proceeding.

5     DIRECTV Holdings LLC (not publicly traded; wholly owned by DIRECTV Group, Inc.)

6     DIRECTV Group, Inc. (publicly traded)

7
8
    Liberty Media Corporation (publicly traded, owns more than 10% of the stock of DIRECTV Group, Inc.)

9

10 Dated:  July 7, 2008                          KIRKLAND & ELLIS LLP

11
12
13
                                By:  s/Becca Wahlquist
                                       Attorney for Defendants
                                       E-mail: bwahlquist@kirkland.com

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **NOTICE OF PARTY WITH FINANCIAL INTEREST** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record:

>Robert Lyman Hyde
>bob@westcoastlitigation.com
>josh@westcoastlitigation.com

I further certify that I have mailed by United States Postal Service the document to the non-CM/ECF participant:

>Douglas J. Campion (SBN 75381)
>LAW OFFICES OF DOUGLAS J. CAMPION
>411 Camino Del Rio South, Suite 301
>San Diego, CA 92108
>Email: doug@djcampion.com

Executed July 7, 2008, at Los Angeles, California.

>s/Becca Wahlquist
>Attorney for Defendants
>E-mail: bwahlquist@kirkland.com