Melissa D. Ingalls (SBN 174861)
Becca Wahlquist (SBN 215948)
Craig C. Hoffman (SBN 234232)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500
Email:  mingalls@kirkland.com
        bwahlquist@kirkland.com
        choffman@kirkland.com


Attorneys for Defendants DIRECTV Group, Inc.,
and DIRECTV Holdings LLC


# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Khosroabadi, on behalf of herself and all others similarly situated<br><br>          Plaintiff,<br><br>     v.<br><br>DIRECTV Group, Inc., and DIRECTV Holdings LLC,<br><br>          Defendants | Case No. 08-CV-1018 BEN (JMA)<br><br>PUTATIVE CLASS ACTION<br><br>**CORPORATE PARTY DISCLOSURE STATEMENT**<br><br>Judge:  Hon. Roger T. Benitez<br>Courtroom:  3<br>Date:<br>Time: |

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel of record for Defendants DIRECTV Group, Inc., and DIRECTV Holdings LLC make the following corporate party disclosures.

1. DIRECTV Holdings, LLC is a Delaware limited liability company that is not publicly traded, and is a wholly owned subsidiary of The DIRECTV Group, Inc.

2. The DIRECTV Group, Inc. is a publicly traded Delaware corporation.

3. Liberty Media Corporation has shares that are publicly traded, and holds more than 10% of the stock of The DIRECTV Group, Inc.

Dated:  July 7, 2008                          KIRKLAND & ELLIS LLP


                                             By:  s/Becca Wahlquist
                                                  Attorney for Defendants
                                                  E-mail: bwahlquist@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **CORPORATE PARTY DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record:

> Robert Lyman Hyde
> bob@westcoastlitigation.com
> josh@westcoastlitigation.com

I further certify that I have mailed by United States Postal Service the document to the non-CM/ECF participant:

> Douglas J. Campion (SBN 75381)
> LAW OFFICES OF DOUGLAS J. CAMPION
> 411 Camino Del Rio South, Suite 301
> San Diego, CA 92108
> Email:  doug@djcampion.com

Executed July 7, 2008, at Los Angeles, California.

> s/Becca Wahlquist
> Attorney for Defendants
> E-mail: bwahlquist@kirkland.com