

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA KHOSROABADI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTTV GROUP, INC. *et al.*,<br><br>Defendants. | Case No. 08cv1018 BEN (JMA)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT OR THE FIRST AMENDED COMPLAINT** |

Plaintiff Sara Khosroabadi has filed a Complaint against Defendants DIRECTV Group, Inc. and DIRECTV Holdings LLC. Dkt. No. 1 (June 6, 2008). Because Plaintiff is considering filing a First Amended Complaint to name other defendants, the parties jointly moved for an order to extend the deadline for Defendants to respond to the Complaint or, if necessary, the First Amended Complaint. Dkt. No. 6 (July 7, 2008). Because the parties have shown good cause, the Court grants their joint motion. Defendants shall answer or otherwise respond to the Complaint or, if they remain in this action, the First Amended Complaint, on or before July 28, 2008.

IT IS SO ORDERED.

Dated: July __, 2008

Roger T. Benitez
United States District Judge