J. Scott Scheper, Esq. (SBN 155477)
scheper@scmv.com
SELTZER CAPLAN McMAHON VITEK
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 702-6835

Melissa D. Ingalls (SBN 174861)
mingalls@kirkland.com
Becca Wahlquist (SBN 215948)
bwahlquist@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant DIRECTV, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Khosroabadi, on behalf of herself and all others similarly situated<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, Inc.,<br><br>    Defendant | Case No. 08-CV-1018 BEN (JMA)<br><br>PUTATIVE CLASS ACTION<br><br>**NOTICE OF FINANCIAL INTEREST**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 3 |

Pursuant to Local Civil Rule 40.2 the undersigned counsel of record for Defendant DIRECTV, Inc. certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter of the controversy or in a party to the proceeding:

1. DIRECTV, Inc. (not publicly traded; wholly owned by DIRECTV Enterprises, LLC).

2. DIRECTV Enterprises LLC (not publicly traded; wholly owned by DIRECTV Holdings, LLC).

3. DIRECTV Holdings LLC (not publicly traded; wholly owned by DIRECTV Group, Inc.).

4. DIRECTV Group, Inc. (publicly traded).

5. Liberty Media Corporation (publicly traded, owns more than 10% of the stock of DIRECTV Group, Inc.).

Dated: July 28, 2008                                KIRKLAND & ELLIS LLP


                                                    By:  s/Becca Wahlquist
                                                         Attorney for Defendant DIRECTV, Inc.
                                                         E-mail: bwahlquist@kirkland.com

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **NOTICE OF FINANCIAL INTEREST** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record:

>Robert Lyman Hyde
>bob@westcoastlitigation.com
>
>Joshua B. Swigart
>josh@westcoastlitigation.com

I further certify that I have mailed by United States Postal Service the document to the non-CM/ECF participant:

>Douglas J. Campion (SBN 75381)
>LAW OFFICES OF DOUGLAS J. CAMPION
>411 Camino Del Rio South, Suite 301
>San Diego, CA 92108
>Email: doug@djcampion.com

Executed July 28, 2008, at Los Angeles, California.

>s/Becca Wahlquist
>Attorney for Defendant DIRECTV, Inc.
>E-mail: bwahlquist@kirkland.com