J. Scott Scheper, Esq. (SBN 155477)
scheper@scmv.com
SELTZER CAPLAN McMAHON VITEK
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:    (619) 685-3003
Facsimile:     (619) 702-6835

Melissa D. Ingalls (SBN 174861)
mingalls@kirkland.com
Becca Wahlquist (SBN 215948)
bwahlquist@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 680-8400
Facsimile:     (213) 680-8500

Attorneys for Defendant DIRECTV, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sara Khosroabadi, on behalf of herself and all others similarly situated<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTV, Inc.,<br><br>    Defendant | Case No. 08-CV-1018 BEN (JMA)<br><br>PUTATIVE CLASS ACTION<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 3 |

Pursuant to Federal Rule of Civil Procedure 7.1 the undersigned counsel of record for Defendant DIRECTV, Inc. makes the following corporate party disclosures.

1. DIRECTV, Inc. is a California corporation that is not publicly traded, and is a wholly owned subsidiary of DIRECTV Enterprises, LLC.

2. DIRECTV Enterprises, LLC is a Delaware limited liability company that is not publicly traded, and is a wholly owned subsidiary of DIRECTV Holdings, LLC.

3. DIRECTV Holdings, LLC is a Delaware limited liability company that is not publicly traded, and is a wholly owned subsidiary of The DIRECTV Group, Inc.

4. The DIRECTV Group, Inc. is a publicly traded Delaware corporation.

5. Liberty Media Corporation has shares that are publicly traded, and holds more than 10% of the stock of The DIRECTV Group, Inc.

Dated: July 28, 2008                       KIRKLAND & ELLIS LLP

By: s/Becca Wahlquist
Attorney for Defendant DIRECTV, Inc.
E-mail: bwahlquist@kirkland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record:

>Robert Lyman Hyde
>bob@westcoastlitigation.com
>
>Joshua Swigart
>josh@westcoastlitigation.com

I further certify that I have mailed by United States Postal Service the document to the non-CM/ECF participant:

>Douglas J. Campion (SBN 75381)
>LAW OFFICES OF DOUGLAS J. CAMPION
>411 Camino Del Rio South, Suite 301
>San Diego, CA 92108
>Email: doug@djcampion.com

Executed July 28, 2008, at Los Angeles, California.


>s/Becca Wahlquist
>Attorney for Defendant DIRECTV, Inc.
>E-mail: bwahlquist@kirkland.com