UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA KHOSROABADI, etc., | Case No. 08-CV-1018-BEN (JMA) |
| Plaintiff, | **ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| DIRECTV, Inc., | |
| Defendant. | |

Due to a change in the Court's calendar, the Early Neutral Evaluation Conference previously scheduled to be held on September 8, 2008 at 10:00 a.m. is hereby VACATED. Instead, Magistrate Judge Adler will conduct a **telephonic** Early Neutral Evaluation Conference on **September 8, 2008** at **10:00 a.m.** Counsel for the parties only will appear for the telephonic conference, and the Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: August 26, 2008

Jan M. Adler
U.S. Magistrate Judge

08cv1018